No. 84–148. SMALLWOOD v. DeCHENE. Sup. Ct. Va. Certiorari denied.

No. 84–149. RIGGS. ET AL. v. KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–151. JOHNSON ET VIR v. ELI LILLY & CO. C. A. 3d Cir. Certiorari denied.

No. 84–153. PEADEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–154. CALDER v. CRALL ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–155. SHELTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–157. BEER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 84–159. JOHNSON v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 84–161. IRWIN ET AL. v. HAYES. C. A. 11th Cir. Certiorari denied.

No. 84–163. LISTER v. UNITED STATES; and
No. 84–174. HILL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 730 F. 2d 683.

No. 84–164. COLLIER, DBA OZARK TROUT FARM v. CITY OF SPRINGDALE ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–171. KRAMER v. MITCHELL ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–172. HETZEL v. BOARD OF ATTORNEYS PROFESSIONAL RESPONSIBILITY OF WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 84–173. COMPUTERVISION CORP. v. PERKIN-ELMER CORP. C. A. Fed. Cir. Certiorari denied.